Julie A. Ostil, Esq. (SBN 215202)
Law Office of Julie A. Ostil
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
Tel: 925.265.8257
Fax: 925.905.5328
jostil@ostillaw.com

Attorneys for Plaintiff:
SUSAN JOHNSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SILVER CINEMA ACQUISITION CO, INC.;<br>JOSEPH BLUMENFELD; ALLAN<br>BLUMENFELD; and Does 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:09-CV-2279 FCD GGH<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SILVER CINEMA ACQUISITION CO., INC. ONLY** |

Plaintiff SUSAN JOHNSON and defendant SILVER CINEMA ACQUISITION CO., INC. hereby stipulate and agree that defendant SILVER CINEMA ACQUISITION CO., ONLY, be dismissed from this action without prejudice, with each party to bear its own costs.

Dated: December 17, 2009　　　　　　　　　　　　　　JULIE A. OSTIL
　　　　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JULIE A. OSTIL


　　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Julie Ostil</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN JOHNSON

/ / /

/ / /

/ / /

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

1  Dated: December 15, 2009                         GREGORY F. HURLEY
2                                                   GREENBERG TRAURIG LLP
3
4                                                   /s/ Alana Cho for Gregory Hurley
                                                    Attorneys for Defendant
5                                                   SILVER CINEMA ACQUISITION
                                                    CO., INC.
6
                                      ORDER
7
8
    Pursuant to stipulation, IT IS SO ORDERED.
9
10
   Dated: December 17, 2009
11
12                                          _____
                                            FRANK C. DAMRELL, JR.
13                                          UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

**Stipulation to Dismiss Silver Cinema Acquisition Co.**
**Case No. 2:09-cv-2279 FCD GGH**                                                2